IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO.   1:08-CV-224 |
| 1.09 ACRES OF LAND, MORE OR LESS, SITUATE IN CAMERON COUNTY, TEXAS; AND RAMON CISNEROS, JR., ET AL., | § § § § § § | |
| *Defendants.* | § | |

### NOTICE OF SUBSTITUTION OF LEAD COUNSEL FOR THE UNITED STATES

Please take notice that the undersigned Assistant United States Attorney, Alexander N. DerGarabedian, is hereby designated as Lead-Counsel in this matter in place of Assistant United States Attorney E. Paxton Warner.  E. Paxton Warner hereby withdraws as counsel of record and requests he be terminated as Counsel for the United States of America on the Court's docket.  E. Paxton Warner further requests he no longer receives ECF notifications in this case.

Respectfully submitted,

**JENNIFER B. LOWERY**
Acting United States Attorney
Southern District of Texas

By:   *s/ Alexander N. DerGarabedian*
**Alexander N. DerGarabedian**
Assistant United States Attorney
Southern District of Texas No. 3381593
New York Bar No. 5103577
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone:  956-992-9380

Facsimile: (956) 618-8016
E-mail: alexander.dergarabedian@usdoj.gov
Attorney in Charge for Plaintiff

and

*s/ E. Paxton Warner*
**E. PAXTON WARNER**
Assistant United States Attorney
Southern District of Texas No. 555957
Texas Bar No. 24003139
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Paxton.Warner@usdoj.gov

## CERTIFICATE OF SERVICE

I, Alexander N. DerGarabedian, Assistant United States Attorney for the Southern District of Texas, do hereby certify that on April 21, 2021, I mailed a true and correct copy of the foregoing document via regular mail to the all parties still remaining in this case.

By:   *s/ Alexander N. DerGarabedian*
**Alexander N. DerGarabedian**
Assistant United States Attorney